# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1164

_____

Donzell L. Barnes, Sr.,           *
                                  *
                Appellant,        *
                                  *
        v.                        *   Appeal from the United States
                                  *   District Court for the
Dora Schriro; Carl White; Reed Very,   *   Western District of Missouri.
Function Housing Manager; Michael *
Groose; Matt Sturn; Reed,         *         [UNPUBLISHED]
                                  *
                Appellees.        *

_____

Submitted:  December 7, 1999

Filed:  December 13, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Donzell L. Barnes, a Missouri inmate, appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against prison officials

_____

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

alleging deliberate indifference.  Having reviewed the record and the parties' briefs, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.